UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ISAIAH CHASE )
Plaintiff(s) )
V. ) Civil Action No. 2:16 CV 301 JVB
) (Arising from 2:10 CR 110 JVB)
UNITED STATES OF AMERICA )
Defendant(s) )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   The Court DENIES Petitioner, Isaiah Chases's motion to vacate his conviction and declines to certify any issue for appeal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Joseph S. Van Bokkelen  on a motion  to vacate conviction.

Date    April 16, 2019

*CLERK OF COURT*

/s/ Robert N Trgovich (kjp)

*Signature of Clerk or Deputy Clerk*